IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re | Chapter 7 |
| WAYNE E. TRIPP and SARA L. TRIPP, | |
| Debtor. | Case No.  05-24454-PHX-SSC |
| | Adv. No.  05-1076 |
| ROBERT C. STEIN, | ORDER INCORPORATING MEMORANDUM DECISION DATED DECEMBER 13, 2006 (Opinion to Post) |
| Plaintiff, | |
| vs. | |
| WAYNE E. TRIPP AND SARA L. TRIPP, | |
| Defendants. | |

Based upon this Court's Memorandum Decision dated December 13, 2006, which is incorporated herein by reference:

The Court finds that the Plaintiff has failed to establish all the elements of 11 U.S.C.§ 523 (a)(2)(A). Therefore, the entire debt owed to the Plaintiff is discharged.

DATED this 13th day of December, 2006.

_____

Honorable Sarah Sharer Curley
U. S. Bankruptcy Judge

1